# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO E. OWEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STEVE LANGFORD, Warden,<br><br>　　　　Respondent. | Case No. CV 17-5436 GW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 29, 2018

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE